

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>[1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar",<br>[2] Michael Perez-Rosado a/k/a "Yeray",<br>Defendants. | INDICTMENT<br><br>Criminal No. 25- 246 (ADC)<br><br>VIOLATIONS:<br>18 U.S.C. § 371<br>18 U.S.C. § 922(e)<br>18 U.S.C. § 922(a)(3)<br>18 U.S.C. § 922(a)(5)<br>18 U.S.C. § 924(b)<br>18 U.S.C. § 924(h)<br>18 U.S.C. § 1715<br><br>Forfeiture:<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br><br>EIGHT COUNTS |

THE GRAND JURY CHARGES:

## GENERAL ALLEGATIONS

1. At all times material to the allegations contained in this indictment, [1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar" resided in the state of Florida and [2] Michael Perez-Rosado a/k/a "Yeray", resided in the Commonwealth of Puerto Rico.

2. At all times material to the allegations contained in this indictment, [1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar" and [2] Michael Perez-Rosado a/k/a "Yeray", conspired with each other and with others to commit an offense against the United States.

3. It was the object of the charged conspiracies to covertly transport firearms

from Florida to Puerto Rico via the United States Postal Service (USPS) Mail to persons other than licensed importers, licensed manufacturers, licensed dealers, or licensed collectors, without providing notice to the carrier that the mail parcel contained firearms and ammunition.

4. The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

a) [1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar" obtained firearms in Florida and used the USPS to send them to Puerto Rico.

b) No notice would be given that the parcel contained firearms.

c) [1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar" used a name that did not correspond to the address.

d) In Puerto Rico, [2] Michael Perez-Rosado a/k/a "Yeray", would have received the parcel with the firearms.

e) Members of the conspiracy used electronic devices and social media applications in furtherance of the conspiracy.

5. In furtherance of the conspiracy, and to effectuate the object of the conspiracies, the following overt acts, among others, were committed in the District of Puerto Rico and elsewhere:

a) No later than August 26, 2024, [1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar" obtained 1 Glock pistol, model 19 Gen4, 9mm, serial number BFMK992, 1 Glock pistol, model 17 Gen4, 9mm, serial number BKPH409, 1 Polymer80 pistol, model PF9400, no serial number, and 5 empty pistol

magazines.

b) On August 26, 2024, [1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar" presented himself to the USPS Union Park post office in Orlando, Florida with a box that he wanted mailed to Trujillo Alto, P.R.

c) On August 26, 2024, [1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar" paid $124.20 in postage to mail the box that he brought and addressed. The box was assigned tracking number 9505 5132 4918 4230 3160 97 (the PARCEL). This PARCEL was later found to conceal a 1 Glock pistol, model 19 Gen4, 9mm, serial number BFMK992, 1 Glock pistol, model 17 Gen4, 9mm, serial number BKPH409, 1 Polymer80 pistol, model PF9400, no serial number, and 5 empty pistol magazines.

d) [1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar" did not give notice to USPS that the PARCEL contained firearms.

e) On an unknown date, [2] Michael Perez-Rosado a/k/a "Yeray", used WhatsApp to send a message to [1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar" that stated the address the PARCEL was sent to.

f) On a date unknown but on or about after August 26, 2024 obtained a picture copy of the receipt for the PARCEL.

## COUNT ONE
### Shipping a Firearm with Knowledge or Reasonable Cause to Believe that a Felony Was to Be Committed Therewith
(18 U.S.C. § 924(b))

On or about August 26, 2024, the defendant,

[1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar"

with knowledge or reasonable cause to believe that an offense punishable by imprisonment for a term exceeding one year was to be committed therewith—namely, the unlicensed possession of a firearm in Puerto Rico and the unlawful possession of a machinegun in Puerto Rico—shipped from Florida to Puerto Rico 1 Glock pistol, model 19 Gen4, 9mm, serial number BFMK992, 1 Glock pistol, model 17 Gen4, 9mm, serial number BKPH409 (which had been modified to shoot more than one shot without manual reloading by a single function of the trigger), and 1 Polymer80 pistol, model PF9400, for the receipt by Michael Perez-Rosado a/k/a "Yeray"; in violation of 18 U.S.C. § 924(b).

## COUNT TWO
### Attempting/Conspiring to Transfer a Firearm Knowing or Having Reasonable Cause to Believe that Such Firearm Will Be Used to Commit a Felony
(18 U.S.C. § 924(h))

Beginning no later than August 26, 2024, the exact date being unknown to the Grand Jury, and continuing until on or about September 4, 2024, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendants,

[1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar",
[2] Michael Perez-Rosado a/k/a "Yeray",

knowingly and willfully conspired and agreed with each other to, and attempted to,

transfer from Florida to Puerto Rico 1 Glock pistol, model 19 Gen4, 9mm, serial number BFMK992, 1 Glock pistol, model 17 Gen4, 9mm, serial number BKPH409 (which had been modified to shoot more than one shot without manual reloading by a single function of the trigger), and 1 Polymer80 pistol, model PF9400, no serial number, with knowledge or having reasonable cause to believe that such firearms would be used to commit a felony, namely, the unlicensed possession of a firearm in Puerto Rico and the unlawful possession of a machinegun in Puerto Rico; in violation of § 18 U.S.C. § 924(h).

## COUNT THREE
### Shipping a Firearm Without Providing Notice to the Carrier
(18 U.S.C. § 922(e))

On August 26, 2024, in Florida, and within the jurisdiction of this Court, the defendant,

[1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar"

knowingly delivered and caused to be delivered to a common and contract carrier for transportation and shipment in interstate commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, or licensed collectors, a package or other container in which there were firearms 1 Glock pistol, model 19 Gen4, 9mm, serial number BFMK992, 1 Glock pistol, model 17 Gen4, 9mm, serial number BKPH409, and 1 Polymer80 pistol, model PF9400, no serial number, without providing written notice to the carrier that such firearm was being transported and shipped; in violation of 18 U.S.C. § 922(e):

## COUNT FOUR
### Transferring a Firearm to an Out-of-State Resident
(18 U.S.C. § 922(a)(5))

Beginning no later than August 26, 2024, the exact date being unknown to the Grand Jury, and continuing until on or about September 4, 2024, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendant,

[1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar"

not being a licensed importer, manufacturer, dealer, and collector of firearms, did willfully transfer a firearm, that is, firearms 1 Glock pistol, model 19 Gen4, 9mm, serial number BFMK992, 1 Glock pistol, model 17 Gen4, 9mm, serial number BKPH409, 1 Polymer80 pistol, model PF9400, no serial number, and 5 empty pistol magazines, to [2] Michael Perez-Rosado a/k/a "Yeray", said person not being a licensed importer, manufacturer, dealer, and collector of firearms, and knowing and with reasonable cause to believe that said person was not then residing in the State of Florida, the State in which the defendant was residing at the time of the aforesaid transfer of the firearm, in violation of 18 U.S.C. §§ 922(a)(5) and 924(a)(1)(D).

## COUNT FIVE
### Conspiracy to Receive a Firearm from out of State
(18 U.S.C. §§ 371 and 922(a)(3))

Beginning no later than August 26, 2024, the exact date being unknown to the Grand Jury, and continuing until on or about September 4, 2024, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendant,

[2] Michael Perez-Rosado a/k/a "Yeray"

not being a licensed importer, manufacturer, dealer, and collector of firearms,

knowingly and willfully conspired and agreed together with [1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar" to transport into and receive in the Commonwealth of Puerto Rico, where [2] Michael Perez-Rosado a/k/a "Yeray" resided, firearms 1 Glock pistol, model 19 Gen4, 9mm, serial number BFMK992, 1 Glock pistol, model 17 Gen4, 9mm, serial number BKPH409, 1 Polymer80 pistol, model PF9400, no serial number, and 5 empty pistol magazines obtained by the Defendant outside the Commonwealth of Puerto Rico.

The allegations contained in paragraphs 1-5 above are incorporated by reference as if fully alleged herein.

All in violation of 18 U.S.C. §§ 371 and 922(a)(3).

## COUNT SIX
**Conspiracy to Ship Firearms Without Providing Notice to the Carrier**
(18 U.S.C. §§ 371 and 922(e))

Beginning no later than August 26, 2024, the exact date being unknown to the Grand Jury, and continuing until on or about September 4, 2024, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendants,

[1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar",
[2] Michael Perez-Rosado a/k/a "Yeray",

knowingly and willfully conspired and agreed with each other, to commit an offense against the United States, that is: to knowingly deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, or licensed collectors, a package or other container in which there were firearms, without

written notice to the carrier that such firearms and ammunition were being transported and shipped.

The allegations contained in paragraphs 1-5 above are incorporated by reference as if fully alleged herein.

All in violation of 18 U.S.C. §§ 371 and 922(e).

## COUNT SEVEN
### (Conspiracy to Mail Firearms which are Nonmailable)
(18 U.S.C. §§ 371 and § 1715)

Beginning no later than August 26, 2024, the exact date being unknown to the Grand Jury, and continuing until on or about September 4, 2024, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendant,

[1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar",
[2] Michael Perez-Rosado a/k/a "Yeray",

did, knowingly and willfully conspire and agreed together with each other to deposit for mailing and delivery and cause to be delivered by mail according to the direction thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, firearms which are declared nonmailable by 18 U.S.C. § 1715, to wit, 1 Glock pistol, model 19 Gen4, 9mm, serial number BFMK992, 1 Glock pistol, model 17 Gen4, 9mm, serial number BKPH409, 1 Polymer80 pistol, model PF9400, no serial number.

The allegations contained in paragraphs 1-5 above are incorporated by reference as if fully alleged herein.

All in violation of 18 U.S.C. §§ 371 and 1715.

## COUNT EIGHT
**Mailing Nonmailable Firearms**
(18 U.S.C. § 1715 and 2)

On August 26, 2024, in Florida and within the jurisdiction of this Court, the defendant,

[1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar",

the defendant herein, knowingly deposited and caused to be delivered in Puerto Rico by mail according to the direction thereon, firearms which are declared nonmailable by 18 U.S.C. § 1715, to wit: 1 Glock pistol, model 19 Gen4, 9mm, serial number BFMK992, 1 Glock pistol, model 17 Gen4, 9mm, serial number BKPH409, 1 Polymer80 pistol, model PF9400, no serial number, capable of being concealed on the person, in violation of 18 U.S.C. § 1715.

## FIREARMS FORFEITURE ALLEGATION

(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The allegations contained in Counts One, Two, Three, Four, Five, Six, Seven, and Eight of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. §§ 371 and 922(e) set forth in Counts One, Two, Three, Four, Five, and Six of this Indictment, the defendants, [1] Denssel Manuel Morales-Jaime a/k/a "Bito Makar", [2] Michael Perez-Rosado a/k/a "Yeray", shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

- 1 Glock pistol, model 19 Gen4, 9mm, serial number BFMK992,
- 1 Glock pistol, model 17 Gen4, 9mm, serial number BKPH409,
- 1 Polymer80 pistol, model PF9400, no serial number,
- 5 empty pistol magazines

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL.

FOREPERSON
Date: May-22-2025

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan Gotttfried
Assistant U.S. Attorney
Chief, Violent Crimes Division

_____
Corinne Cordero-Romo
Assistant U.S. Attorney