IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America,<br>Plaintiff.<br><br>v.<br><br>Michael Perez-Rosado,<br>Defendant. | Cr. No. 25-246 (ADC) |

MOTION FOR CHANGE OF PLEA

TO THE HONORABLE AIDA M. DELGADO-COLON
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW Michael Perez-Rosado ("Mr. Perez-Rosado), represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and respectfully moves the Court to set a change of plea hearing.

Mr. Perez-Rosado moves the Court to set a change of plea hearing in which he may change his previously entered plea of Not Guilty to one of Guilty pursuant to a straight plea.

WHEREFORE, Mr. Perez-Rosado respectfully requests this Honorable Court to GRANT this motion and SET a change of plea hearing.[1]

I CERTIFY that on this date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of January 2026

.

[1] Undersigned counsel will be out of the jurisdiction from January 23-27, 2026.

RACHEL BRILL
FEDERAL PUBLIC DEFENDER
DISTRICT OF PUERTO RICO

*S/Edwin A. Mora-Rolland*
Edwin A. Mora-Rolland
Assistant Federal Public Defender
USDC-PR 304603
241 F.D. Roosevelt Ave.
San Juan, Puerto Rico 00918-2441
(787) 281-4922 Ext. 6363
Fax (787)281-4899
edwin_mora@fd.org